IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS R. GANTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:11-CV-701-TMH |
| | )              [WO] |
| PRESTON HUGHES, CAPTAIN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This 42 U.S.C. § 1983 action was filed by Plaintiff on August 29, 2011. The court recently ascertained that Plaintiff is no longer housed at the Coffee County Jail in New Brockton, Alabama, which is the last service address the court has on file for Plaintiff. All parties have an affirmative duty to inform the court of any change of address during the pendency of their actions. The court provided notice to Plaintiff of this requirement in its August 31, 2011 order of procedure. (*See Doc. No. 4*.)

On February 12, 2013 the court entered an order directing Plaintiff to provide the court with his present address on or before February 22, 2013. (*Doc. No. 18*.) Plaintiff was cautioned that his failure to comply with the court's February 12 order would result in a recommendation that this case be dismissed. (*Id*.) Plaintiff's copy of the February 12 order was returned to the court on March 5, 2013 marked as undeliverable because Plaintiff is no longer at the address for service on file with the court. Plaintiff has not otherwise filed a response to the court's February 12 order. The court, therefore, concludes that this case is

due to be dismissed for Plaintiff's failures to prosecute this action and to comply with the orders of the court

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action and to comply with the orders of this court.

It is

ORDERED that on or before **April 5, 2013** the parties may file an objection to the Recommendation. Any objection filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file a written objection to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done, this 18th day of March 2013.


    /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE